RANDALL S WONG
3311 Fernside Blvd APT C
Alameda CA 94501
rmanwong@gmail.com
510-523-6040
In Pro Per

FILED

SEP 13 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHASE BANK USA, N.A<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL S WONG AND DOES 1 THROUGH 5, INCLUSIVE<br>Defendants. | CASE NO.: C10-04097 CW<br>(Formerly Superior Court of California, County of Alameda: Wong Case No. AG10527989)<br><br>ANSWER TO COMPLAINT |

COMES NOW DEFENDANT, RANDALL S WONG, an individual, (hereinafter referred to as "Answering Defendant") and, for himself, and for no other party, person or entity, answers the Complaint of CHASE BANK USA N.A., as follows:

### GENERAL DENIAL

Under and pursuant to provisions of California Code of Civil Procedure §431.30(d), these Answering Defendant generally denies each and every allegation in the Complaint herein, and denies each cause of action alleged therein. This answering Defendant further denies that Plaintiff has been damaged, in the manner alleged, or to be alleged, or in any other manner or sums whatever, or at all.

1
**ANSWER TO COMPLAINT**

## FIRST AFFIRMATIVE DEFENSE

### Uncertain Pleading

1. This Answering Defendant alleges that the Complaint and each and every cause of action therein fails to state a cause of action and is objectionable pursuant to Code of *Civil Procedure §430.10 (e and f)*.

## SECOND AFFIRMATIVE DEFENSE

### Statutes of Limitation

2. This Answering Defendant alleges that Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by the applicable limitations provided by law, including, but not limited to, Code of Civil Procedure Sections 337, 337a and 339.

## THIRD AFFIRMATIVE DEFENSE

### Waiver

3. This Answering Defendant is informed and believes and on such information and belief alleges that Plaintiff was engaged in conduct that constitutes a waiver of his rights under the contract, or for implied or express warranty as alleged in the Complaint. By reason of said waiver, this Answering Defendants is excused from further performance of the obligations under the alleged contract or to pay any monies to Plaintiff whether pursuant to contract or otherwise.

## FOURTH AFFIRMATIVE DEFENSE

### Equitable Estoppel

4. This Answering Defendant is informed and believes, and on such information and belief alleges that by reason of the conduct of Plaintiff, which constituted a breach of contract, tortuous conduct, waiver, unclean hands, and laches, Plaintiff is estopped to assert any right to relief, including that sought in Plaintiff's Complaint on file herein.

## FIFTH AFFIRMATIVE DEFENSE

### No Actual Conflict

5.   This Answering Defendant alleges that no actual controversy exists between him and the Plaintiff and hence, this Answering Defendant is not liable to Plaintiff under any of the causes of action set out by Plaintiff in his Complaint.

### SIXTH AFFIRMATIVE DEFENSE

### Frivolous Bad Faith

6.   The Complaint, as against this Answering Defendant, is frivolous, totally and completely without merit, brought in bad faith with no reasonable cause or good faith belief that there is a claim under the facts and law of the case against this Answering Defendant. Accordingly, this Answering Defendant is entitled to judgment in his favor and an award of his costs of defense, including reasonable attorneys' fees, expert witness fees, its expenses and costs of services of advisors and consultants in defense of this action reasonably and necessarily incurred, all pursuant to California Code of Civil Procedure Section 128.7.

### SEVENTH AFFIRMATIVE DEFENSE

### Not Responsible for Does

7.   This Answering Defendant alleges that he is not legally responsible for the acts and/or omissions of those defendants named herein as DOES 1 through 10, inclusive.

### EIGHTH AFFIRMATIVE DEFENSE

### No Justifiable Controversy

8   This Answering Defendant alleges, on information and belief, that the Complaint was brought in bad faith, without reasonable cause, and without a good faith belief that there was a justifiable controversy under the facts and the law which warranted its filing, and that Plaintiff should therefore be responsible for all of this Answering Defendant's necessary and reasonable defense costs, including attorney's fees, as more particularly set forth in Code of Civil Procedure Section 1038.

### NINTH AFFIRMATIVE DEFENSE

### Unclean Hands

9. This Answering Defendant alleges that the Plaintiff in this case is guilty of "unclean hands" in the matters set forth in the Complaint, which conduct extinguishes the right to equitable relief in this action.

### TENTH AFFIRMATIVE DEFENSE

### In Pari Delicto

10. This Answering Defendant alleges that each and every purported cause of action contained in the Complaint is barred because Plaintiff has engaged in acts and courses of conduct which rendered them in pari delicto.

### ELEVENTH AFFIRMATIVE DEFENSE

### Statute of Frauds

11. This Answering Defendant alleges that the contract/obligation is unenforceable for lack of a writing sufficient to satisfy the Statute of Frauds (CC, 1624).

### TWELFTH AFFIRMATIVE DEFENSE

### No Contract

12. This Answering Defendant alleges that no contract, written or oral, express of implied was ever entered into by and between Plaintiff and this Answering Defendant and thus this Answering Defendant is not contractually obligated to Plaintiff.

### THIRTEENTH AFFIRMATIVE DEFENSE

### Void Contract

13. This Answering Defendant alleges that, if a contract, written or oral, express or implied is found to exist between this Answering Defendant and Plaintiff, the contract/obligation complained

of was void or voidable as a matter of law due to a lack of mutual consent and no "meeting of the minds", and is therefore unenforceable.

### FOURTEENTH AFFIRMATIVE DEFENSE

#### Fraud/Misrepresentation

14. This Answering Defendant alleges that if a contract, written or oral, express or implied is found to exist between this Answering Defendant and Plaintiff; the contract/obligation which is the subject of this lawsuit was procured by the fraud and misrepresentation of Plaintiff, thereby voiding any alleged obligations of Defendant thereunder.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### Constructive Fraud

15. This Answering Defendant alleges that Plaintiff omitted and suppressed material facts from this Answering Defendant enabling Plaintiff to gain an advantage over this Answering Defendant; thus, this Answering Defendant is not liable to Plaintiff under any of the causes of action set out by Plaintiff in his Complaint.

### SIXTEENTH AFFIRMATIVE DEFENSE

#### Future Defenses

16. This Answering Defendant reserve the right to raise additional Affirmative Defenses at Trial.

Dated: September 12, 2010

_____
RANDALL S WONG, In Pro Se

## VERIFICATION

I, RANDALL S WONG, am the Defendant in the above entitled action. I have read the foregoing Answer to Complaint. The facts stated therein are within my knowledge and are true and correct, except those matters stated on information and belief, and, as to those, I believe them to be true and correct. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th of September, 2010 at Alameda, California.

By: _____

RANDALL S WONG, In Pro Se