IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHASE BANK USA, N.A.,          No. C 10-04097 CW

    Plaintiff,                ORDER OF DISMISSAL

  v.

RANDALL S. WONG,

    Defendant.
                                                      /

    IT IS HEREBY ORDERED that this cause be dismissed without prejudice for failure to prosecute.

Dated: 12/27/2010

                                          CLAUDIA WILKEN
                                          United States District Judge